| AO 10<br>Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2013 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Mattice, Harry S. | U.S. District Court - EDTN | 08/01/2014 |

| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. District Judge - Active | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final | 01/01/2013<br>to<br>12/31/2013 |
| | 5b. ☐   Amended Report | |

**7. Chambers or Office Address**

Joel W. Solomon Federal Bldg.
900 Georgia Avenue, Room 104
Chattanooga, TN 37402

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust # 1 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | The Speech Language Reading Center, PLLC - Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mattice, Harry S. | 08/01/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mattice, Harry S. | 08/01/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Morgan Stanley Bank | A | Interest | K | T | Sold (part) | 07/09/13 | J | | |
| 2. | | | | | Buy (add'l) | 12/05/13 | J | | |
| 3. Mass Mutual Life Insurance Whole Life (2) | B | Interest | L | T | | | | | |
| 4. Northwestern Mutual Life Variable Comp Life | E | Dividend | M | T | | | | | |
| 5. (H) Trust #1: | | | | | | | | | |
| 6. Federated Tax-Free Obligs Funds | A | Interest | K | T | | | | | |
| 7. RidgeWorth Large Cap Value Equity | C | Dividend | M | T | | | | | |
| 8. RidgeWorth Large Cap Growth Fund | B | Dividend | K | T | Buy (add'l) | 02/06/13 | J | | |
| 9. | | | | | Buy (add'l) | 12/19/13 | J | | |
| 10. Schroder US Small/Mid Cap Opportunity Fund-I | A | Dividend | K | T | Buy (add'l) | 12/12/13 | J | | |
| 11. T Rowe Price Institutional Large Cap Growth Fund-I | A | Dividend | L | T | | | | | |
| 12. Federated Strategic Value Equity Fund I | A | Dividend | K | T | Buy (add'l) | 12/05/13 | J | | |
| 13. Eaton Vance Atlanta Cap SMID-Cap I | A | Dividend | J | T | Buy (add'l) | 12/13/13 | J | | |
| 14. Manning & Napier World OPPTYS-A | A | Dividend | K | T | Buy (add'l) | 01/11/13 | J | | |
| 15. | | | | | Buy (add'l) | 12/17/13 | J | | |
| 16. Oppenheimer Developing Mkts INSTL-Y | A | Dividend | K | T | Buy (add'l) | 01/11/13 | J | | |
| 17. | | | | | Buy (add'l) | 12/09/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mattice, Harry S. | 08/01/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Hartford Dividend & Growth - Y | A | Dividend | K | T | Buy (add'l) | 12/17/13 | J | | |
| 19. Neuberger Berman High Income BD-I | A | Interest | K | T | Buy (add'l) | 12/19/13 | J | | |
| 20. PIMCO Emerging Local BD-I | A | Interest | J | T | | | | | |
| 21. Doubleline Total Return BD-I | A | Interest | K | T | | | | | |
| 22. T Rowe Price INSTL Large-Cap GRWTH-I | A | Dividend | K | T | | | | | |
| 23. ISHARES Barclays 3-7 YR TREAS BD ETF | A | Interest | J | T | | | | | |
| 24. (H) IRA #1: | | | | | | | | | |
| 25. American GR FD of America F1 (GFAFX) X | A | Dividend | J | T | | | | | |
| 26. Davis New York Venture A (NYVTX) X | A | Dividend | J | T | | | | | |
| 27. Delaware SMID CAP Growth A (DFCIX) X | A | Dividend | J | T | | | | | |
| 28. DWS RREEF Real Estate SEC A (RRRAX) X | A | Dividend | J | T | | | | | |
| 29. Fidelity ADV DVRSFD INTL A (FDVAX) X | A | Dividend | J | T | | | | | |
| 30. INVESCO PREMIER PTF INSTL (IPPXX) X | A | Dividend | J | T | | | | | |
| 31. JP MORGAN MID CAP VALUE A (JAMCX) X | A | Dividend | J | T | | | | | |
| 32. PIMCO TOTAL RETURN A (PTTAX) X | A | Dividend | | | Sold | 11/12/13 | J | A | |
| 33. VIRTUS MULTI SECT SHT TRM BD A (NARAX) X | A | Interest | J | T | | | | | |
| 34. WESTERN ASSET GLB HI YLD A (SAHYX) (formerly LEGG MASON) | A | Interest | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mattice, Harry S. | 08/01/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Par III. A. Non-Investment Income.  All income earned during reporting period was salary as employee of U.S. Government.

Part VII.  Investments and Trusts.  Trust Assets listed as numbers 6  to 23  are a part of an Irrevocable Insurance Trust created by ▇▇▇▇▇▇▇▇▇ .

Part VII  Investment and Trusts.  IRA Assets listed as numbers 25 to 34  are part of an IRA inherited from a ▇▇▇▇▇▇▇ .

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Harry S. Mattice**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544